IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. GRIFFIN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:04-cv-641-MEF |
| | ) |
| MARSHALL WILLIAMS, JR., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on May 12, 2006 (Doc. #26), said Recommendation is hereby ADOPTED and it is the

ORDER, JUDGMENT and DECREE that:

1. The motion for summary judgment filed by the defendants is GRANTED.

2. Judgment is GRANTED in favor of the defendants.

3. This case is DISMISSED WITH PREJUDICE.

4. The costs of this proceeding are TAXED against the plaintiff.

DONE this 13th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE